UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                       :

UNITED STATES,                 :

                         :

                         :

        -v-           :               1:97-cr-786-GHW

                         :

MIGUEL GUZMAN,         :               <u>ORDER</u>

                         :

             Defendant. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2026

GREGORY H. WOODS, United States District Judge:

On January 7, 2026, Mr. Guzman filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c). Dkt. No. 632 (the "Motion"). On January 21, 2026, the Court received a supplemental submission in support of the Motion. Dkt. No. 633. The Court issued an order on January 25, 2026 denying Mr. Guzman's Motion. Dkt. No. 634.

On February 6, 2025, a motion by Mr. Guzman to file additional documents in support of his motion for compassionate release was docketed. Dkt. No. 635. That request was signed by Mr. Guzman on January 21, 2026. *Id.* at 4.

The Court has reviewed the supplemental submissions attached to Mr. Guzman's February 6, 2025 filing. They do not change the Court's analysis of his application for compassionate release as reflected in the Court's January 25, 2026 order. Considering those supplemental submissions, the Motion must be denied for the reasons stated in the Court's January 25, 2026 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 635 and to mail a copy of this order to Mr. Guzman.

SO ORDERED.

Dated: February 11, 2026
      New York, New York

                                       GREGORY H. WOODS
                              United States District Judge

2